UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 8, 2011

No. 07-4394

United States of America

v.

John A. O'Neal, Appellant

(E.D. Pa. No. 04-mj-01060)

Present:      HARDIMAN, ALDISERT, *Circuit Judges* and RESTANI [*], *Judge*

1.      Motion by Appellee to Correct Opinion of the Court.


                                     Respectfully,
                                     Clerk/slc

_____ORDER_____
The foregoing Motion is GRANTED.

        IT IS HEREBY ORDERED that the opinion in the above case, filed June 22,
2011, be amended as follows:

Page 3, Section II, second line, which read:
        On appeal, the United States concedes that it failed to demonstrate that O'Neal's
        protest occurred on VA property.


shall read:
        In its Summary of Argument in the brief  before us the United States Attorney
states:  "The government, upon careful consideration of the matter, reverses its earlier
position and agrees with that part of the Appellant's argument asserting that the
government presented insufficient evidence to support a restriction on O'Neal's political
activity on October 28, 2004. The government did not sustain its burden in defeating the
presumption that the area where O'Neal mounted his protest was a public forum; and

---

        [*]The Honorable Jane A. Restani, Judge of the United States Court of International
Trade, sitting by designation.

further did not establish the circumstances justifying a restriction on political speech in a public forum."

By the Court,

/s/ Thomas M. Hardiman
Circuit Judge

Dated:   July 18, 2011
CRG:\ All counsel of record